FILED'10 MAY 27 10:29USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ZELL BRADLEY III
      Plaintiff,

CV# 09-0005-KI

vs.

ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,
      Defendant.

---

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7199.56 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees are payable to Plaintiff's attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland, OR 97293. No costs or expenses are to be paid.

DATED this 27 day of May, 2010.

_____
Garr M. King
United States Magistrate Judge